UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,  CASE NO.: 1:23-cv-24784-JAL
Plaintiff,

vs.

STERLING JEWELERS, INC.
DBA KAY JEWLERS

A FOREIGN FOR PROFIT CORPORATION

    Defendant,
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ALEJANDRO ESPINOZA, by and through his undersigned counsel, hereby files this Notice of Voluntary Dismissal dismissing his action against Defendant.

**Respectfully Submitted,**

**MENDEZ LAW OFFICES, PLLC**
Attorney for Plaintiff
P.O. BOX 228630
Miami, Florida 33222
Telephone: 305.264.9090
Facsimile:  305.809.8474
Email:info@mendezlawoffices.com
By: /s/ Diego German Mendez
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###